## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 96-cr-00085-LTB
Civil Action No. 14-cv-02097-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RANDALL MARTY,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order #131 of Senior Judge Lewis T. Babcock entered on July 30, 2014 it is

ORDERED that Defendant RANDALL MARTY recovers nothing, and the action is dismissed on the merits. It is

FURTHER ORDERED that the corresponding civil action is dismissed.

Dated at Denver, Colorado this 30th day of July, 2014.

                                              FOR THE COURT:
                                              JEFFREY P. COLWELL, CLERK

                                      By: s/   D. Kalsow
                                                Deputy Clerk